UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

NELSIDO PAULINO,                                    Case No.: 25-24230-SMG
                                                    Chapter: 13

      Debtor.

_____ /

**OBJECTION TO CONFIRMATION OF
CHAPTER 13 PLAN**

MEB Loan Trust VIII ("Secured Creditor"), by and through undersigned counsel, hereby objects to confirmation of the Debtor's Chapter 13 Plan (the "Plan") (Doc. No. 17) and in support thereof states:

1.      <u>Debtor's Bankruptcy Case:</u>  This case was commenced by the filing of a voluntary Chapter 13 petition on December 1, 2025 (the "Petition Date") by Nelsido Paulino (the "Debtor").

2.      <u>Collateral:</u>  Secured Creditor holds a mortgage lien against the Debtor's real property located at 13440 Sw 9Th Pl, Davie, FL 33325 (the "Property").

3.      <u>Secured Creditor's Claim:</u>  Secured Creditor has not yet filed a proof of claim but will do so prior to the expiration of the claims deadline. According to preliminary figures, the arrearage is $60,134.57.

4.      <u>Plan Treatment:</u>  The Debtor's Plan provides a regular monthly payment of $1,578.00 and a total arrears payment of $20,000.00.  However, these figures do not conform to Secured Creditor's anticipated Proof of Claim.

5.      <u>Pre-petition Arrearage:</u>  The Plan is not in compliance with the requirements of 11 U. S. C. § 1322(b)(3), (5) and 1325(a)(5)(A), and cannot be confirmed since it fails to

address the pre-petition arrearage due to Secured Creditor.

6. <u>Secured Creditor does not Consent to the Plan:</u>    Secured Creditor does not consent to the treatment of its claim as proposed by the Debtor's Plan.  Accordingly, the Plan cannot be confirmed pursuant to 11 U.S.C. § 1325(a)(5)(A).

7. <u>Attorney's Fees and Costs:</u>    Secured Creditor has incurred additional fees and costs as a result of having to file this objection.

8. <u>Objection:</u>    Secured Creditor reserves the right to supplement and/or amend this Objection to Confirmation.

WHEREFORE, the Secured Creditor requests that the Court enter an order denying confirmation of the Debtor's Chapter 13 Plan, unless such Plan is amended to overcome the objections of Secured Creditor as stated herein, and for such other and further relief as the Court deems just and proper.

McCalla Raymer Leibert Pierce, LLP

By:        */s/Reka  Beane*
Reka  Beane
Florida Bar No. 52919
Attorney for Creditor
110 S.E. 6th Street, Suite 2300
Ft. Lauderdale, FL 33301
Phone: 954-332-9370
Email: Reka.Beane@mccalla.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on 03/17/2026 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference), and via U.S. Mail, First Class to Nelsido Paulino, 13440 Sw 9Th Pl., Fort Lauderdale, FL 33325.

By:   */s/Reka  Beane*
Reka  Beane

- Kathy L Houston, Esq.          courtdocs@houstonlawfl.com
- Robin R Weiner                       auto-forward-ecf@ch13weiner.com
- United States Trustee – ORL7/13   USTP.Region21.OR.ECF@usdoj.gov

McCalla Raymer Leibert Pierce, LLP
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301