**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

NELSIDO PAULINO                                          CASE NO. 25-24230-SMG
*AKA* NELSIDO U PAULINO                          CHAPTER 13
*AKA* NELSIDO ULISES ANTONIO PAULINO CERDA
                          Debtor.
_____/

## OBJECTION TO CONFIRMATION OF PLAN

Creditor, NewRez LLC d/b/a Shellpoint Mortgage Servicing, files its Objection to Confirmation of Plan and states:

1.      Creditor holds a note secured by a mortgage on the property located at 13440 SW 9th Place, Davie, FL 33325.

2.      Creditor is in the process of timely filing a Proof of Claim in the approximate amount of $202,962.67, including an estimated arrearage of $15,797.80.

3.      The Debtor's Plan treats Creditor directly outside of the bankruptcy.

4.      Accordingly, the underlying debt is not provided for in the bankruptcy and would be deemed non-dischargeable, pursuant to the holding in *Dukes v. Suncoast Credit Union* (*In re Dukes*), 909 F.3d 1306, 1322 (11th Cir. Dec. 6, 2018) ("So, because the [creditor's] mortgage was not 'provided for' by the plan under § 1328(a), it was not discharged.").

5.      In the event the Debtor amends the Plan to provide treatment to Creditor inside the Plan, the amended Plan should conform to Creditor's Proof of Claim when filed.

**WHEREFORE**, Creditor respectfully requests the Court sustain this Objection and for such other and further relief as the Court deems appropriate.

                                        */s/ Gavin N. Stewart*
                                        Gavin N. Stewart, Esquire
                                        Florida Bar Number 52899
                                        P.O. Box 5703

Clearwater, FL 33758
P: (727) 565-2653
F: (727) 213-9022
E: bk@stewartlegalgroup.com
Counsel for Creditor

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF notice

and first class mail this 30th day of March 2026.

/s/ Gavin N. Stewart
Gavin N. Stewart, Esquire

**VIA FIRST CLASS MAIL**
Nelsido Paulino
13440 SW 9th Pl.
Fort Lauderdale, FL 33325

**VIA CM/ECF NOTICE**
Kathy L Houston
15321 S. Dixie Hwy., Ste. 206
Miami, FL 33157-1814

Robin R Weiner
Robin R. Weiner, Chapter 13 Trustee
Post Office Box 559007
Fort Lauderdale, FL 33355

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130